### In re PROTEST OF U. S. SMELTING, REFINING & MINING CO., GROSS PRODUCTION TAX, 1919.

No. 11192—Opinion Filed March 1, 1921.

(Syllabus.)

**Taxation—Gross Production on Mining Property—Validity—Federal Agencies.**

Affirmed upon authority of In re Protest of Bendelari, Gross Production Tax, 1919, decided January 8, 1921, 82 Okla. 97, 198 Pac. 606.

Appeal from the ruling of the State Board of Equalization in the matter of the protest of the U. S. Smelting, Refining & Mining Company of its gross production tax for 1919. Affirmed.

Ray McNaughton and A. C. Wallace, for appellant.

S. P. Freeling, Atty. Gen., and C. W. King, Asst. Atty. Gen,, for the State.

McNEILL, J. This is an appeal from the action of the State Board of Equalization in overruling protest filed by the U. S. Smelting, Refining & Mining Company regarding its gross production tax for the year 1919.

The agreed statement of facts in this case is identical with the agreed statment of

facts in the case of In re Protest of Bendelari, Agent, Gross Production Tax, 1919, decided January 8, 1921, 82 Okla. 97, 198 Pac. 606, and the questions for review are precisely the same in both cases.

In these circumstances, the judgment of the Board of Equalization must be affirmed upon authority of In re Protest Bendelari, Agent. Gross Production Tax 1919, 82 Okla. 97, 198 Pac. 606.

HARRISON, C. J., and PITCHFORD, NICHOLSON, and ELTING, JJ., concur.